UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

CIVIL ACTION NO. 3:12-cv-30182-MAP

| | |
|---|---|
| MICHAEL BARRY, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| CITY OF PITTSFIELD and CHRISTOPHER COLLELLO, Individually and in his official Capacity as a Police Officer for the City of Pittsfield, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) |

### ORDER FOR CRIMINAL AND PROBATION RECORDS

Access is hereby granted to Nancy Frankel Pelletier, Esq. and Jeffrey J. Trapani, Esq., of Robinson Donovan P.C. to the criminal records of: **Michael Barry, Date of Birth: ___/___/19___**; Social Security Number: _____, pursuant to general Laws Chapter 6, Section 172 ( c).

The Court further orders that the aforementioned defense counsel shall enter the full date of birth and social security number into this order and remit same to the target agency with a copy to Plaintiff's Counsel.

So ordered by the Court:

Dated: 9/10/13   _Michael A. Ponsor_

570956